1  COOLEY LLP
   THOMAS J. FRIEL, JR. (80065)
2  (tfriel@cooley.com)
   REUBEN H. CHEN (228725)
3  (rchen@cooley.com)
   CARRIE J. RICHEY (270825)
4  (crichey@cooley.com)
   3175 Hanover Street
5  Palo Alto, CA  94304-1130
   Telephone:  (650) 843-5000
6  Facsimile:   (650) 849-7400

7  Attorneys for Defendant
   Twilio Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  TELESIGN CORPORATION,              Case No.  2:15-cv-03240-PSG-SS

13            Plaintiff,               **[PROPOSED] ORDER RE
                                       DEFENDANT TWILIO INC.'S
14       v.                            MOTION TO DISMISS FOR
                                       IMPROPER VENUE, OR IN
15  TWILIO INC.,                       THE ALTERNATIVE, TO
                                       TRANSFER TO THE
16            Defendant.               NORTHERN DISTRICT OF
                                       CALIFORNIA**

17
                                       Date: October 19, 2015
18                                     Time: 1:30 p.m.
                                       Dept.: 880
19

20                                     Honorable Philip S. Gutierrez

21                                     **JURY TRIAL DEMANDED**

22

23

24       Before this Court is Defendant Twilio Inc.'s Motion to Dismiss for Improper

25  Venue, or in the Alternative, to Transfer to the Northern District of California

26  pursuant to Federal Rule of Civil Procedure 12(b)(3).

27       Upon consideration of the applicable papers and argument, the Court is of the

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE MOTION
TO DISMISS FOR IMPROPER VENUE
2:15-CV-03240-PSG-SS

opinion that venue is improper in this District under 28 U.S.C. § 1400(b) because Twilio Inc., neither resides in the District nor has an established place of business here. Accordingly, it is ORDERED that TeleSign Corporation's claims are dismissed without prejudice. 28 U.S.C. § 1406(a).

This case is DISMISSED.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                           Honorable  Philip S. Gutierrez
                                           United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE MOTION
TO DISMISS FOR IMPROPER VENUE
2:15-CV-03240-PSG-SS